IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DONTE LEMAR PAYTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Case No. CIV-19-700-SLP |
| SCOTT CROW, | ) ) ) | |
| Respondent. | ) | |

## **O R D E R**

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell entered herein on September 9, 2019 [Doc. No. 10]. Judge Mitchell recommended that Petitioner's motion for leave to proceed *in forma pauperis* be denied and that this matter be dismissed without prejudice unless Petitioner pays the full filing fee to the Clerk of Court within twenty days of any order adopting this Report and Recommendation. A review of the Court's Docket indicates that Petitioner paid the full $5.00 filing fee on October 1, 2019.

Therefore, the Report and Recommendation [Doc. No. 10] is ADOPTED in its entirety, the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 9] is DENIED and this matter is re-referred to United States Magistrate Judge Suzanne Mitchell for further proceedings in accordance with the original referral entered herein on July 31, 2019.

IT IS SO ORDERED this 1st day of October, 2019.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE